UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                              CASE NO: 3:20-cr-23-J-20PDB

BRAD BRADLEY BRADFORD
_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, NOTICE OF FINAL REVOCATION, AND DENIAL OF MOTION

This matter is before this Court on the following: a Report and Recommendation by United States Magistrate Patricia D. Barksdale (Dkt. 34); and "Defendant's Unopposed Motion to Hold Sentencing Portion of Final Revocation Hearing on June 3, 2020, or Alternatively, to Transfer Case to a Different Judge" (Dkt. 35).

First, this Court adopts the Report and Recommendation Concerning Plea of Guilty (Dkt. 34), filed May 29, 2020, and accepts Defendant's plea of guilty to Count(s) One through Six of the Second Superseding Petition, and Defendant is adjudged guilty of such offenses.

**FINAL REVOCATION** is hereby scheduled for **Wednesday, August 5, 2020, at 10:00 am**, before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

Second, "Defendant's Unopposed Motion to Hold Sentencing Portion of Final Revocation Hearing on June 3, 2020, or Alternatively, to Transfer Case to a Different Judge" (Dkt. 35) is hereby **DENIED**. The sentencing portion of the final revocation for this matter will be **Wednesday, August 5, 2020, at 10:00 am**, and it will be before the undersigned.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of June, 2020.

HARVEY E. SCHLESINGER
United States District Judge

Copy to:    Frank Merrill Talbot, II, Esq.
            Mark Rosenblum, Esq.
            U.S. Marshal
            U.S. Probation